IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID EDWARD KILEY,

    Plaintiff,

vs.                      CASE NO. 5:06cv86/RS

DR. EFIONG ANDAM, C.H.O.,
et al,

    Defendants.
_____/

## ORDER

Before the court are the Magistrate Judge's Report and Recommendation (Doc. 14) and Plaintiff's Objection to Magistrate Judge Elizabeth M. Timothy's Report and Recommendation of Dismissal with Prejudice (Doc. 15).  The court has reviewed *de novo* the objections raised by Plaintiff.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This case is dismissed with prejudice for Plaintiff's failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).
3. The clerk is directed to close the file.

ORDERED on December 12, 2006.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**